FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 0 9 2013

James N. Hatten, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TERRELL SAUNDERS, | :: | MOTION TO VACATE |
| Movant, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL NO. |
| | :: | 1:03-CR-0282-ODE-RGV-1 |
| UNITED STATES OF AMERICA, | :: | |
| Respondent. | :: | CIVIL ACTION NO. |
| | :: | 1:06-CV-2401-ODE |

## FINAL ORDER

This matter is currently before the Court on the Report and Recommendation
("R&R") issued by Magistrate Judge Russell G. Vineyard [Doc. 155] and Terrell
Saunders' objections thereto [Doc. 157]. The Court reviews de novo the portions of
the R&R to which Saunders has objected and reviews for plain error the remaining
portions. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); United States v. Slay,
714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam).

In October 2003, following a jury trial, Saunders was convicted of possession
of cocaine base, or crack, with intent to distribute, in violation of 21 U.S.C.
§§ 841(a)(a) and (b)(1)(C), and possession of a firearm in relation to a drug trafficking
offense, in violation of 18 U.S.C. § 924(c)(1). [See Doc. 148 at 1]. The Court
imposed a total sentence of 228 months of imprisonment. [Id. at 2]. Saunders

appealed, and the United States Court of Appeals for the Eleventh Circuit affirmed his convictions and sentences. [Doc. 53]. The United States Supreme Court granted certiorari, vacated the Eleventh Circuit's decision, and remanded for reconsideration in light of United States v. Booker, 543 U.S. 220 (2005). Saunders v. United States, 543 U.S. 1184 (2005). The Eleventh Circuit then reinstated its opinion affirming Saunders' convictions and sentences, finding that he had waived the Booker issue. [Doc. 54]. The United States Supreme Court denied certiorari on October 11, 2005. Saunders v. United States, 546 U.S. 951 (2005).

On October 9, 2006, Saunders filed a counseled 28 U.S.C. § 2255 motion, arguing, in pertinent part, that his trial counsel was ineffective for "denying him the opportunity to knowingly accept or reject an offer by giving him incorrect advice about the sentencing ramifications" because counsel did not properly investigate Saunders' prior convictions, which would have revealed that he was subject to a career criminal sentence. [Doc. 55 at 4; Doc. 55-1 at 4-7]. The Court denied Saunders' § 2255 motion, [Doc. 67], and the Eleventh Circuit affirmed on May 27, 2008, [Doc. 97].

Next, on May 26, 2009, Saunders filed a pro se Federal Rule of Civil Procedure 60(b)(6) motion for reconsideration of the denial of his § 2255 motion, arguing that

2

counsel's terminal illness warranted the reopening of that proceeding. [Doc. 98]. The Court denied the Rule 60(b)(6) motion, [Doc. 99], and the Eleventh Circuit affirmed, [Doc. 119].

Saunders has now filed a motion to amend his original § 2255 motion, [Doc. 141], and a Rule 60(b)(5) motion to reconsider the denial of his § 2255 motion, [Doc. 151]. In both of these motions, Saunders reasserts the merits of his claim regarding counsel's alleged failure to investigate his criminal history and presents additional argument regarding counsel's alleged erroneous advice in connection with Saunders' decision to proceed to trial. [Doc. 141 at 3-6; Doc. 151 at 3-6].

The Magistrate Judge recommended that Saunders' motion to amend be denied because he cannot amend a pleading that is no longer pending. [Doc. 155 at 3]. The Magistrate Judge further found that Saunders' Rule 60(b)(5) motion is an impermissibly successive § 2255 motion because Saunders seeks relief from his judgment of conviction and does not point to a defect in the integrity of his earlier § 2255 motion. [Id. at 4]. Saunders objects to these findings. [Doc. 157].

The Court has conducted a careful review of the R&R and Saunders' objections thereto. Having done so, the Court finds that the Magistrate Judge's factual and legal conclusions were correct and that Saunders' objections have no merit.

AO 72A
(Rev.8/82)

Accordingly, the Court **ADOPTS** the R&R [Doc. 155] as the opinion and order of the Court, **DENIES** Saunders' pro se motion to amend his § 2255 motion [Doc. 141] and Rule 60(b) motion for relief from the judgment denying his § 2255 motion [Doc. 151], and **DECLINES** to issue a certificate of appealability.

**SO ORDERED**, this _____ day of _____, 2013.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

4